THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Paul Shelton - Appellant

          Plaintiff,

vs.

MICHAEL PHILLIPS, APPELLEE
In his individual and official capacities

&amp;

JOHN DOE,
In his individual and official capacities

          Defendants

)
)
) CASE NO. 13 CV 1414
)
) JUDGE: JAMES B. ZAGEL
)
)
)
) APPEAL TO USCA 7th Cir
)
)
)
) MOTION FOR EXTENSION
) AND CLARIFICATION
)
)
)
)
)
)
)

## MOTION

Comes now Paul L. Shelton, Appellant, and pursuant to Federal Rule of Appellate Procedure Rule 27, requests for an extension of time to file his brief on or before September 30, 2013 and for a clarification:

1. Appellant has been experiencing some problems with his email, and received conflicting statements:

    a) A notice of a short record having been filed with this Honorable Appellate court on July 23, 2013 ("ACKNOWLEDGMENT 7/23/13 of receipt of short record on appeal regarding notice of appeal") and

    b) A notice of a long record having been filed with this Honorable appellate court on August 12, 2013. ("USCA RECEIVED on 8/12/13 the Long Record record."

2. According to appellant's reading of Federal Rule of Appellate Procedure Rule 31, the appellant's brief is due within 40 days from the date "the record is filed", which would be either September 2, 2013 or September 23, 2013.

3. Appellant a pro se appellant and has not previously filed a brief with this Honorable Appellate court and seeks an extension of time to September 30, 2013 to file his brief and also seeks a clarification of when the actual brief is due without extension.

4. Appellant, who maintains a sole law practice, has been scrambling to re-open his law office in the past few months, and suffered the loss of a paralegal during that time period. Appellant believes that he will need until September 30, 2013 to prepare a proper brief. Additionally, the legal expert who was assisting him with the appellate procedure has been unavailable for consultation in the last two weeks.

WHEREFORE, Plaintiff-Appellant Paul L. Shelton respectfully request that this Honorable Appellate Court grant an extension to September 30, 2013 to file his brief and also clarify the actual date the brief would have been due without extension.

/s PAUL L. SHELTON
Original Signature
Paul Shelton
3 GRANT SQ - #363
Hinsdale, Illinois 60521
(630) 286-5100

*In Proper Person*

## AFFIDAVIT

My name is Paul L. Shelton and I am the Plaintiff-Appellant in this matter. Under oath and under penalties of perjury, I certify that the information stated in this Motion is true and accurate.

/s PAUL L. SHELTON
DATED this 27th day of August, 2013.

## PROOF OF SERVICE

I am the attorney and Plaintiff-Appellant in the instant case, Paul L. Shelton v. MICHAEL PHILLIPS, 13 CV 1414, and I hereby certify that on August 27, 2013, I caused true and correct copies of this Motion to Extend and Clarify to be served on Defendant-Appellee's counsel via the Court's ECF filing system, and to the below listed address:

> Lisa A. Smith,
> DuPage County State's Atty
> 503 N County Farm Road
> Wheaton, IL 60187

EXECUTED on August 27, 2013.

/s PAUL L. SHELTON
Paul L. Shelton

*In Proper Person*